| PROB 22 (Rev. 01/24) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Transferring Court)* CR-19-02946-001-TUC-JAS (LAB) |
|---|---|---|
| | | DOCKET NUMBER *(Receiving Court)* 2:24-cr-00261-JCM-EJY-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  John Milton Lee | DISTRICT  District of Arizona | DIVISION  4: Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE  James A. Soto  Senior U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/8/2024    TO 11/7/2027 |

OFFENSE
Count 1: Title 18 U.S.C. §554, 22 U.S.C. §2778, 22 CFR §121.1, 22 CFR §123.1, AND 22 CFR §127.1 Smuggling Goods from the United States, a Class C Felony
Count 2: Title 18 U.S.C. §115(a)(1)(B) and 18 U.S.C. § 115(b)(1)(B)(iv) Impeding and Threatening a Federal Officer, a Class B Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resident of Nevada, significant ties to community. Violation of supervision.

**PART 1- ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, John Milton Lee, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 27, 2024
Date

*signed:* J. C. Soto
James A. Soto
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 4, 2024
Effective Date

*signed:* James C. Mahan
United States District Judge

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: John Milton Lee

Case No.: To be assigned

**REQUEST ACCEPTANCE OF TRANSFER OF JURISDICTION**

December 2, 2024

TO:   United States District Judge

On December 2, 2022, the Honorable James A. Soto sentenced Mr. Lee to 33 months imprisonment, followed by three years of supervised release for committing the offense of Smuggling Goods from the United States and Impeding and Threatening a Federal Officer (Case # CR-19-02946-001) in the District of Arizona. On November 8, 2024, Mr. Lee commenced supervision in the District of Nevada.

On July 2, 2024, the probation office in the District of Nevada received a Supervision Release Plan (SRP) from the Bureau of Prisons in regard to Mr. Lee. Lee was requesting to reside in Las Vegas, NV, with his adult son. The undersigned officer completed the investigation and determined Mr. Lee has significant ties to the community of Las Vegas. Additionally, he was supervised by Pre-Trial Services in the District of Nevada, prior to his sentencing mentioned above. On August 27, 2024, the undersigned officer approved the SRP. It is noted that Mr. Lee does not have ties to the District of Arizona and committed the instant offense while attempting to cross the Mexico Border in his vehicle.

On November 15, 2024, Mr. Lee reported to the probation office in Las Vegas, NV. The undersigned officer directed him to provide a sample for urinalysis. Mr. Lee refused and stated, he would never participate in a drug test while on supervised release. When asked about whether he had used illegal drugs, Mr. Lee would not answer yes or no and indicated that the officer did not have the right to inquire about such a topic.

Mr. Lee further refused to sign certain releases and other documents associated with the intake process. Mr. Lee also indicated that he would rather go back to the Bureau of Prisons then to participate in a drug testing program. Immediately following the November 15, 2024, meeting, the probation officer submitted a violation report and request for summons to District of Arizona. Following the submission of this violation report the Deputy Chief U.S. Probation Officer in the District of Nevada reviewed the matter and ultimately it was determined, given Mr. Lee's residential status in Nevada, it would be appropriate to transfer jurisdiction. In order to address

ADDENDUM TO PETITION (Probation Form 12)
RE: John Milton Lee

these matters, it is respectfully requested the court accept jurisdiction of Mr. Lee's case. Should the Court agree with this request, please countersign the attached Probation Form 22 already signed by the Honorable James A. Soto agreeing to relinquish jurisdiction of this case. Immediately upon receipt of jurisdiction the probation officer will be submitting a request for summons before the assigned Judge.

Should the Court have any questions or concerns, please contact the undesigned officer at (702-378-0704 or Zachary_warner@nvp.uscourts.gov

                                      Respectfully submitted,

                                      Zachary Warner
                                      United States Probation Officer

Approved:


Steve M Goldner
Supervisory United States Probation Officer